PHILENA B. FISHER, AS ADMINISTRATRIX, ETC., OF JOHN FISHER, DECEASED, PHILENA B. FISHER AND CAROLINE C. FRARY, RESPONDENTS, *v.* STANLEY A. BANTA, IMPLEADED, ETC., APPELLANT.

APPEAL by the defendant from a judgment at Special Term. The action was brought to obtain a judicial construction of the wills of Albert Banta and of Charles Edward Banta.

The court was of opinion that all the material questions in the case had been disposed of on former appeals. (See 1 N. Y. S. C. [ T. & C.], 97 ; and 1 Hun, 610.)

*Morse & Wells*, for the appellant.

*W. W. Rowley*, for the respondent Fisher.

*De L. Crittenden*, for the respondent Frary.

Opinion by GILBERT, J.

Judgment affirmed, with costs to be paid by the appellant.